**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| THERMO KING CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>IMPCO TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No.______________<br><br>**COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL** |

## COMPLAINT

Plaintiff, Thermo King Corporation ("Thermo King") files this complaint against Defendant IMPCO Technologies, Inc. ("IMPCO") and states and alleges as follows.

## NATURE OF THIS ACTION

This is an action for patent infringement of United States Patent No. 9,045,018 entitled "Control System for Auxiliary Power Unit" ("the '018 patent") under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*, and seeking damages, injunctive relief, and other relief as appropriate under 35 U.S.C. § 281, *et seq*. An auxiliary power unit may also be referred to as an "APU." A true and correct copy of the '018 patent is attached as Exhibit A.

## PARTIES

1. Plaintiff Thermo King Corporation is a Delaware corporation with its principal place of business located at 314 West 90th Street, Minneapolis, Minnesota 55420.

2. Defendant IMPCO Technologies, Inc. is a Delaware corporation with its principal place of business located at 3030 South Susan Street, Santa Ana, CA 92704.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action for infringement of a United States patent arises under the Patent Laws of the United States, 35 U.S.C. §§ 271 and 281-285.

4. This Court has personal jurisdiction over IMPCO for at least the reasons that IMPCO transacts business in Minnesota, has purposefully availed itself of the privileges of doing business in Minnesota, and has committed acts of patent infringement in Minnesota as alleged in this Complaint.

5. IMPCO has committed and continues to commit acts of infringement, including selling and offering to sell an infringing product, in Minnesota and this judicial district. IMPCO has two distributors located in Minnesota, and directs that "[a]ll technical and/or product sales questions should be directed towards the distributors. . . ." (*See* http://www.impcotechnologies.com/distributors.asp, last visited Dec. 19, 2016). IMPCO also holds itself out as having nationwide dealership support for sales and service of an infringing product, including at least one dealership located in Minnesota. (*See e.g.*, Brochure for IMPCO ComfortPro™ Diesel APU at Page 4, http://www.impcotechnologies.com/pdf/brochures/IMPCO%20%20Diesel%20APU.PDF, last visited Dec. 6, 2016; Map of IMPCO Technologies APU Dealers & Service Locations, located at http://www.impcotechnologies.com/anti-idling.asp, last visited Dec. 19, 2016).

6. Venue is proper in the District of Minnesota pursuant to 28 U.S.C. §§ 1391 and 1400(b) because, among other reasons, IMPCO has committed and continues to commit acts of infringement in Minnesota by making, using, importing, offering for sale, and/or selling infringing systems and products, and/or inducing others to make, use, sell, or offer for sale

infringing systems and products in Minnesota that are claimed in the ’018 patent owned by Thermo King.

## FACTUAL BACKGROUND

**Thermo King is a leader in the APU industry**

7. Thermo King sells the industry-leading TriPac™ Evolution Diesel APU system.

8. Generally, an APU provides power for various vehicle and cabin functions when the primary vehicle engine is shut down and not providing power for those functions. Without an APU system, vehicle operators may utilize the primary engine to provide power to the vehicle cabin. But the consequences of utilizing only the primary engine for power, rather than an APU system, include excessive engine wear and run time, increased maintenance costs, decreased residual tractor value, and excessive release of emissions. APU systems may include diesel-powered or battery-powered APUs.

9. Thermo King’s TriPac™ Evolution Diesel APU system is a control system that enables tractor operators to coordinate and manage functionalities of the primary tractor engine and cabin environment functions through a single controller. Thermo King’s TriPac™ Evolution Diesel APU system allows operators to maintain a comfortable cabin environment by coordinating heating, cooling, and power supply to appliances or devices, in the tractor cabin. Thermo King’s TriPac™ Evolution Diesel APU system also helps tractor operators to diagnose and repair potential issues with the engine, alternator or battery, and air conditioning systems by alerting the operator using alarm codes. Thermo King’s TriPac™ Evolution Diesel APU system enables operators to save money by reducing tractor engine idling, fuel consumption, and tractor maintenance.

**The ’018 patent**

10. David A. Swanson is the inventor of the ’018 patent, entitled “Control System for Auxiliary Power Unit.” The ’018 patent was issued by the United States Patent and Trademark Office on June 2, 2015 from United States Patent Application No. 11/335,051.

11. The inventions of the ’018 patent relate to a control system for a vehicle utilizing an auxiliary power unit to efficiently manage functions related to the vehicle’s primary engine and functions related to the vehicle’s cabin environment.

12. Thermo King is and has been at all relevant times the owner by assignment of the ’018 patent.

**COUNT I**
**Patent infringement of U.S. Patent No. 9,045,018**

13. Thermo King repeats and realleges all allegations set forth above in paragraphs 1-12 as if they were stated in full and incorporated herein.

14. Thermo King owns and holds all legal title, interest, and rights in the ’018 patent.

15. IMPCO did not and does not have authority or permission to make, use, offer to sell, sell, or import into the United States the subject matter claimed in the ’018 patent.

16. IMPCO has had knowledge of the ’018 patent at least by the time of the filing and service of the Complaint in this action.

17. In violation of 35 U.S.C. § 271, IMPCO has directly and/or indirectly infringed and continues to infringe one or more claims, including at least claim 1, of the ’018 patent, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling an infringing product in the United States, and/or importing an infringing product into the United States. Infringing products made, used, offered for sale, sold, and/or imported into the United States by IMPCO include, but are not limited to, IMPCO’s ComfortPro™ Integrated Auxiliary

Power Unit and any same or similar products. (*See e.g.* www.impcotechnologies.com/anti-idling.asp, last visited Dec. 19, 2016; www.impco.ws/distributors.asp#usa, last visited Dec. 19, 2016).

18. As recited in claim 1 of the '018 patent, IMPCO's ComfortPro™ Integrated Auxiliary Power Unit, when installed, includes a control system for a vehicle with a cabin and a primary engine having an ignition switch. IMPCO's Operator Manual Installation and Commissioning Guide display and describe this configuration, for example, as follows:

> ## Overview
>
> *The ComfortPro consists of an APU (auxiliary power unit), an HVAC (heating, ventilation (fan) and air conditioning system) and a DCP (driver's control panel). The APU is a diesel powered generator that runs using diesel fuel obtained from the truck's fuel tank. The APU provides power to the ComfortPro HVAC and power outlet that are installed in the truck bunk.*

(ComfortPro™ Auxiliary Power Unit, PC6000 Series, Operator's Manual at Page 5, located at http://www.impco.ws/pdf/manuals/30-G86-60_A.pdf, last visited Dec. 19, 2016).




(ComfortPro™ APU Installation and Commissioning Guide for the PC6000 Series at Page 1, located at http://www.impco.ws/pdf/manuals/30-G87-21A.PDF, last visited Dec. 19, 2016).

19. As recited in claim 1 of the '018 patent, IMPCO's ComfortPro™ Integrated Auxiliary Power Unit system, when installed, includes an auxiliary power unit coupled to the primary engine and including a secondary engine. IMPCO describes the APU in its ComfortPro™ Integrated Auxiliary Power Unit system as follows:

> The APU (Auxiliary Power Unit) is mounted on the frame rail of your truck. It consists of an engine and belt driven generator. The engine draws fuel from your truck's fuel tank and runs like a normal small diesel engine, independent of your truck's main engine.

(ComfortPro™ Auxiliary Power Unit, PC6000 Series, Operator's Manual at Page 13, located at http://www.impco.ws/pdf/manuals/30-G86-60_A.pdf, last visited Dec. 19, 2016). In addition, IMPCO's Installation and Commissioning Guide depicts the connection between the APU and primary engine components of the ComfortPro™ Integrated Auxiliary Power Unit as shown below:




(ComfortPro™ APU Installation and Commissioning Guide for the PC6000 Series at Page 5, located at http://www.impco.ws/pdf/manuals/30-G87-21A.PDF, last visited Dec. 19, 2016).

20. As recited in claim 1 of the '018 patent, IMPCO's ComfortPro™ Integrated Auxiliary Power Unit system, when installed, also includes one or more microprocessors in communication with the primary engine and the cabin. A microprocessor is necessarily operable in IMPCO's

ComfortPro™ Integrated Auxiliary Power Unit system to activate the APU, to control an engine parameter, and/or to control a cabin parameter when the primary engine is shutdown. For example, a microprocessor is necessarily operable in IMPCO's ComfortPro™ Integrated Auxiliary Power Unit system to control cabin parameters such as cooling and heating as shown below.




(*See e.g.*, Brochure for IMPCO ComfortPro™ Diesel APU, http://www.impcotechnologies.com/pdf/brochures/IMPCO %20%20Diesel%20APU.PDF, last visited Dec. 6, 2016). In addition to controlling cabin temperature, a microprocessor is necessarily operable in IMPCO's ComfortPro™ Integrated Auxiliary Power Unit system to control an engine parameter such as battery voltage as described below.

**COMFORTPRO FUNCTIONS**

The ComfortPro includes the following "comfort system" functions:

- **Manual Operation:** Manual control of the HVAC to provide a comfortable temperature in the truck bunk.
- **Comfort Monitor:** You can program the ComfortPro to automatically turn on the APU and HVAC as required in order to maintain a comfortable temperature in the truck bunk.
- **Timer:** You can program the ComfortPro to automatically turn on the HVAC at specific times and days of the week and for a specific length of time. For example, every day at 6:00 p.m. for 1 hour. There are two timers.

The ComfortPro also includes the following APU functions:

- **Temp Start:** You can program the ComfortPro to automatically turn on the APU and HVAC periodically whenever the temperature goes below a specified value, in order to prevent the APU engine and truck engine from getting so cold that they will not start.
- **Battery Monitor:** You can program the ComfortPro to detect when the truck batteries are running low and automatically turn on the APU in order to recharge the batteries.
- **Maximum Run Time:** You can set the maximum time that the APU is allowed to run continuously.

A password can be set up to restrict the ability to set up or change the operation of any or all automatic functions.

(ComfortPro™ Auxiliary Power Unit, PC6000 Series, Operator's Manual at Page 7, located at http://www.impco.ws/pdf/manuals/30-G86-60_A.pdf, last visited Dec. 19, 2016). A microprocessor is necessarily operable in IMPCO's ComfortPro™ Integrated Auxiliary Power Unit system to control cabin and/or engine parameters when the primary engine is shutdown, including based on the information below.

- ***Main Engine Interlock***

  The main engine interlock suspends the operation of the APU when the main engine is running. When the main engine is shut down the APU will return to normal operation. Use of the interlock will not prevent the APU from starting by a command from the battery monitor. The ComfortPro system will operate without the interlock being connected. If the interlock is required for the installation, follow these steps.

(ComfortPro™ APU Installation and Commissioning Guide for the PC6000 Series at Page 36, located at http://www.impco.ws/pdf/manuals/30-G87-21A.PDF, last visited Dec. 19, 2016).

21. In conjunction with the sale of its APU systems, including the ComfortPro™ Integrated Auxiliary Power Unit and any same or similar products, IMPCO acts with specific intent to actively induce its dealers and/or customers to directly infringe, either literally or under the doctrine of equivalents, at least one claim of the '018 patent. IMPCO intentionally and

actively induces its dealers and/or customers to directly infringe claims of the ’018 patent by providing instructions and written material, such as Operator Manuals, Installation and Commissioning Guides, and product brochures, which encourage and direct the installation and use of IMPCO’s APU systems, including the ComfortPro™ Integrated Auxiliary Power Unit, such that its dealers and/or customers directly infringe claims of the ’018 patent. IMPCO knowingly engages in such inducement, at least by the time of the filing and service of the Complaint in this action, and has done so with knowledge that such activity encourages dealers and customers of its APU systems, including the ComfortPro™ Integrated Auxiliary Power Unit, to offer to sell, sell, install, and/or use the APU system in a manner that directly infringe the ’018 patent. For example, IMPCO instructs its dealers and/or customers to install and/or use the ComfortPro™ Integrated Auxiliary Power Unit system such that the dealers and/or customers directly infringe at least claim 1 of the ’018 patent, as set forth in paragraphs 18-20.

22. Upon information and belief, and not by way of limitation, IMPCO’s APU systems, including the ComfortPro™ Integrated Auxiliary Power Unit system, are being installed and used by IMPCO’s dealers and/or customers to directly infringe at least claim 1 of the ’018 patent, as set forth in paragraphs 18-20.

23. In conjunction with the sale of its APU systems, including the ComfortPro™ Integrated Auxiliary Power Unit and any same or similar products, IMPCO also contributorily infringes claims of the ’018 patent, including at least claim 1.

24. As set forth herein, in paragraph 17, IMPCO sells and offers to sell infringing APU systems, including the ComfortPro™ Integrated Auxiliary Power Unit.

25. IMPCO’s APU systems, including the ComfortPro™ Integrated Auxiliary Power Unit, are a material part of the patented ’018 invention. For example, the ComfortPro™

Integrated Auxiliary Power Unit is a material part of the invention claimed in at least claim 1 of the ’018 patent, as set forth in paragraphs 18-20.

26. As set forth herein, in paragraph 16, IMPCO has had knowledge of the ’018 patent, and knew that its APU systems, including the ComfortPro™ Integrated Auxiliary Power Unit, were especially made for, or adapted to be used, as claimed in the ’018 patent, at least by the time of the filing and service of the Complaint in this action.

27. IMPCO’s APU systems, including the ComfortPro™ Integrated Auxiliary Power Unit, are not staples or commodities of commerce and have no substantial uses that do not infringe one or more claims of the ’018 patent.

28. On information and belief, IMPCO’s infringement of the ’018 patent is willful because IMPCO has had knowledge of the ’018 patent, and has known that its APU systems, for example the ComfortPro™ Integrated Auxiliary Power Unit, infringe the ’018 patent, at least by the time of the filing and service of the Complaint in this action. But IMPCO has continued to make, use, offer to sell, and/or sell or import into the United States its infringing APU systems to directly infringe or indirectly infringe, by actively inducing its dealers and/or customers to infringe the ’018 patent and/or by contributorily infringe the ’018 patent, in objective and subjective reckless disregard of the ’018 patent and the rights conferred by the ’018 patent to Thermo King.

29. Thermo King has been injured and suffered significant financial damage as a direct and proximate result of IMPCO’s infringement of the ’018 patent.

30. IMPCO’s infringement of the ’018 patent has and will continue to cause irreparable injury and damage to Thermo King unless and until the Court enjoins IMPCO from committing further infringing acts.

31. Thermo King is entitled to recover damages from IMPCO as a result of IMPCO’s wrongful acts of infringement in an amount subject to proof at trial.

**REQUEST FOR RELIEF**

Thermo King respectfully requests the following relief:

1. A judgment that IMPCO has infringed and is infringing one or more claims of the ’018 patent, and is liable to Thermo King for damages caused by such infringement;

2. An award of damages, including lost profits, or in the alternative, not less than a reasonable royalty, including pre-judgment and post-judgment interest and costs, in an amount adequate to compensate Thermo King for IMPCO’s infringement of the ’018 patent;

3. A judgment that IMPCO’s infringement of the ’018 patent is willful and that damages shall be increased under 35 U.S.C. § 284 to three times the amount found or measured;

4. An order permanently enjoining IMPCO from infringing the ’018 patent;

5. If a permanent injunction is not granted, a judicial determination of the conditions for future infringement such as an ongoing royalty;

6. A post-judgment equitable accounting of damages owed by IMPCO for the period of infringement of the ’018 patent following the period of damages established at trial;

7. A finding that this case is “exceptional” and an award of attorneys’ fees, expenses, and costs incurred in this action, pursuant to 35 U.S.C. § 285;

8. Such other and further relief at law or in equity as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Thermo King demands a trial by jury on all issues so triable, pursuant to Federal Rule of Civil Procedure 38.

Dated: December 20, 2016

Respectfully submitted,

By: s/ Cyrus A. Morton

Cyrus A. Morton (0287325)
Sharon E. Roberg-Perez (0348272)
Emily E. Niles (0396631)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Fax: (612) 339-4181
CMorton@robinskaplan.com
SRoberg-Perez@robinskaplan.com
ENiles@robinskaplan.com

***Attorneys for Plaintiff***
***Thermo King Corporation***